Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT SIELAW,<br><br>         Plaintiff,<br><br>    v.<br><br>THE RETAIL EQUATION, INC.,<br><br>         Defendant. | Case No. 2:19-cv-00931-KJD-DJA<br><br> ORDER<br>**AMENDED STIPULATION OF DISMISSAL OF THE RETAIL EQUATION, INC., WITH PREJUDICE**<br><br>Complaint filed:  May 31, 2019 |

PLEASE TAKE NOTICE that Plaintiff Robert Sielaw ("Plaintiff") and Defendant The Retail Equation Inc., ("Retail Equation") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and Retail Equation to be determined by the Court, and Retail Equation is the only remaining defendant.  Plaintiff hereby

stipulates that all of his claims and causes of action against Retail Equation, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated June 9, 2020.

| **KNEPPER & CLARK LLC** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *J. Christopher Jorgensen* |
| Matthew I. Knepper, Esq., SBN 12796 | J. Christopher Jorgensen, Esq., SBN 5382 |
| Miles N. Clark, Esq., SBN 13848 | Matthew R. Tsai, Esq., SBN 14290 |
| KNEPPER & CLARK LLC | 3993 Howard Hughes Pkwy., Suite 600 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89169 |
| Las Vegas, NV 89148 | Email: cjorgensen@lrrc.com |
| Email: matthew.knepper@knepperclark.com | Email: mtsai@lrrc.com |
| Email: miles.clark@knepperclark.com | |
| | **HUDSON COOK, LLP** |
| **KRIEGER LAW GROUP, LLC** | Jennifer L. Sarvadi, Esq. |
| David H. Krieger, Esq., SBN 9086 | (*Admitted Pro Hac Vice*) |
| 2850 W Horizon Ridge Parkway, Suite 200 | 1909 K Street, NW, Fourth Floor |
| Henderson, NV 89052 | Washington, DC 20006 |
| Email: dkrieger@kriegerlawgroup.com | Email: jsarvadi@hudco.com |
| *Counsel for Plaintiff* | *Counsel for Defendant The Retail Equation, Inc.* |

## ORDER GRANTING AMENDED STIPULATION OF DISMISSAL OF THE RETAIL EQUATION, INC., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  11th  day of  June            2020.

*Sielaw v. The Retail Equation, Inc.*
*Case No. 2:19-cv-00931-KJD-DJA*